Newman, Appellant, *v.* Richter.

Argued September 17, 1974. *John Paul Curran,* with him *Brobyn, Forceno, Curran and Scandone,* for appellant; *William D. March,* with him *Scallan, March, Berman and Del Fra,* for appellee.

Order affirmed.

R. F. Hurst & Associates, Inc. *v.* Lewis, Appellant.

Argued September 10, 1974. *Vram Nedurian, Jr.,* for appellant; *William H. Lamb,* with him *Lamb, Windle & McErlane,* for appellee.

Order affirmed.

Rizzo *v.* Philadelphia, Appellant, et al.

Argued September 13, 1974. *Louis Franklin Hinman, III,* Assistant City Solicitor, with him *James M. Penny, Jr.,* Assistant City Solicitor, *Raymond Kitty,* Deputy City Solicitor, and *Martin Weinberg,* City Solicitor, for appellant; *Robert R. Reeder,* with him *Barton A. Haines, Francis E. Shields,* and *White and Williams,* for appellee.

Order affirmed.